UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ROSENBERRY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:22-cv-839

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order of Remand entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: February 6, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge